■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIAM DOWTIN, Appellant.—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Owens, J.), rendered November 16, 1984.

Ordered that the judgment is affirmed (see, People v Pellegrino, 60 NY2d 636; People v Harris, 61 NY2d 9). Thompson, J. P., Lawrence, Rubin, Kunzeman and Sullivan, JJ., concur.